## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:   Dawn Marie Premeau                                Case No.: 10-45950-iwv-13

                                                           In Proceedings Under
                                                           Chapter 13

       Debtor

## APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON
## BEHALF OF CREDITOR

COMES NOW Richard V. Fink, Chapter 13 Trustee, and applies to the Court for an Order to deposit funds as identified below in the total amount of $187.13 into the Court Registry, as provided by 11 U.S.C. Section 347.

Dated: July 13, 2011                                       /s/  Richard V. Fink, Trustee

                                                                        Richard V. Fink, Trustee
                                                                         818 Grand Blvd., Suite 800
                                                                         Kansas City, MO 64106-1901
                                                                         (816) 842-1031

Ann Thompson, Court Executive                              Check No.: 28469
Us District Court
400 E 9Th St Rm 2710                                       Creditor No.: 259181
Kansas City, MO  64106

| Case No. | Name | Amount of Payment |
|---|---|---|
| 10-45950-jwv-13 | Bank Of America<br>Attn 0277<br>Po Box 26012<br>Greensboro, NC  27420-6012 | $187.13 |
| Account:  4687 | | Trustee Record No.:  3 |

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order to pay the funds into the Court's registry.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

/s/ Richard V. Fink, Trustee

JQ    /Motion - Depoist Funds into Court Registry - Creditor